UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:19-CR-06 |
| | ) | |
| SHAMALL GREEN | ) | |

## ORDER

Upon consideration of the Motion for Leave of Absence by Assistant United States Attorney Frank M. Pennington for the dates of September 30th through October 3rd, 2019 for personal leave, and October 23rd through November 1st, 2019 for training, the same is hereby GRANTED, however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

SO ORDERED this 23rd day of September, 2019.

HONORABLE CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE COURT
SOUTHERN DISTRICT OF GEORIGA